**Electronically Filed
Supreme Court
SCWC-21-0000007
14-APR-2025
12:04 PM
Dkt. 14 OGAC**

SCWC-21-0000007

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

CHEYENNE BELFORD,
Petitioner/Plaintiff-Appellant,

vs.

STATE OF HAWAI'I,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000007; CASE NO. 1CC171001287)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner/Plaintiff-Appellant Cheyenne Belford's Application for Writ of Certiorari, filed on February 13, 2025, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be held in this case, subject to further order of the court. Any party may, within ten days and pursuant to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai'i, April 14, 2025.

/s/ Mark E. Recktenwald
/s/ Sabrina S. McKenna
/s/ Todd W. Eddins
/s/ Lisa M. Ginoza
/s/ Vladimir P. Devens

